VAN–019 Deficiency Notice – Rev. 08/19/2009

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA

1760–A Parkwood Blvd.
Wilson, NC 27893

IN RE:
Marty Glenn Bunch
  ( debtor has no known aliases )
110 Robinson Drive
Roanoke Rapids, NC 27870

CASE NO.: 09–08505–8–RDD

DATE FILED: September 30, 2009

CHAPTER: 13

### DEFICIENCY NOTICE

The above referenced petition has been filed. In order for the case to be administered, it is necessary that the item(s) described below be filed by **October 15, 2009** .

- ☐ Schedule A
- ☐ Schedule B
- ☐ Schedule C
- ☐ Schedule D
- ☐ Schedule E
- ☐ Schedule F
- ☐ Schedule G
- ☐ Schedule H
- ☐ Schedule I
- ☐ Schedule J
- ☐ Statement of Affairs
- ☐ Statement of Current Monthly Income
- ☑ Exhibit B – signed by attorney
- ☐ Debtor(s) signature – pg. 3 of Official Form 1

Pursuant to §521(i)(1) of the Bankruptcy Code, this case may be automatically dismissed effective on the 46th day after the date of the filing of the petition if the above listed deficiency is not corrected. Should the case be dismissed and the debtor(s) file another petition within one year, the automatic stay may be limited to 30 days or may not go into effect absent a motion and order imposing or extending the automatic stay.

Pursuant to Bankruptcy Rule 1008, all petitions, lists, schedules, statements, and amendments should be verified or contain an unsworn declaration as provided in 28 U.S.C. 1746.

The three day mailing period as provided for under Rule 9006(f), Federal Rules of Bankruptcy Procedure, does not apply.

DATED: October 1, 2009

Lynn Boyd
Deputy Clerk