**VAN–107** Deficiency Notice – Rev. 10/21/2009

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA

1760–A Parkwood Blvd.
Wilson, NC 27893

IN RE:
Marty Glenn Bunch
 ( *debtor has no known aliases* )
110 Robinson Drive
Roanoke Rapids, NC 27870

CASE NO.: 09–08505–8–RDD

DATE FILED: September 30, 2009

CHAPTER: 13

### DEFICIENCY NOTICE

To: Rhonda Bagshawe

Re: Motion For Relief From Co–Debtor Stay filed by Rhonda W. Bagshawe on behalf of Lake Gaston Supply Company Inc.

**The referenced document has been filed; however, it is deficient as noted below. Failure to correct the deficiencies by November 30, 2009 , may result in the court assuming you no longer desire the relief requested and entering an order denying or dismissing the requested relief.**

The exhibits referred to were not attached or were not consistent with the motion.

A proposed order granting the relief requested was not submitted as required by Rule 5005–4(4).

Kathy Webb
Deputy Clerk