UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WILSON DIVISION

In Re:

**Marty Glenn Bunch**

Case No.  09-08505-8-RDD

Chapter   13

Social Security No.: ***Social Sec No of Debtor***
Address:110 Robinson Drive, Roanoke Rapids, NC 27870-

Debtor

## OPPOSITION TO MOTION FOR RELIEF

The Debtor, by and through the attorney undersigned, hereby oppose the motion for relief from automatic stay filed by LAKE GASTON SUPPLY COMPANY, INC.  (hereinafter the "creditor"), and dated 11/8/09, in its entirety, based upon the following:

The undersigned either has been unable to effect any contact with the Debtor for the purpose of formulating a response to the issues raised in the motion, or has ascertained the Debtor's intention to oppose the motion, but has been unable to effect sufficient contact with him to formulate a specific response.

For the time being, therefore, in order to protect the Debtor's right to a proper hearing of the matter, the undersigned files this Opposition.

**WHEREFORE** the Debtor prays that the Court deny the creditor's motion, set this matter for hearing, and provide such other relief as to the Court seems just and proper.

Dated: November 24, 2009

**LAW OFFICES OF JOHN T. ORCUTT, P.C.**

/s John T. Orcutt
John T. Orcutt
6616-203 Six Forks Road
Raleigh, NC 27615
(919) 847-9750

## CERTIFICATE OF SERVICE

I, Christie L. Gay, of the Law Offices of John T. Orcutt, P.C., certify under penalty of perjury that I am, and at all times hereinafter mentioned was, more than eighteen (18) years of age, and that on November 24, 2009, I served copies of the foregoing **OPPOSITION TO MOTION FOR RELIEF** , by automatic **electronic noticing** upon the following parties:

Robert Browning
Chapter 13 Trustee

Rhonda W. Bagshawe
Attorney for Lake Gaston Supply Company, Inc.

by **regular U.S. mail**, upon the following parties:

Marty Glenn Bunch
110 Robinson Drive
Roanoke Rapids, NC 27870-

                                                        s/ Christie L. Gay
                                                        Christie L. Gay

oppose.wpt (rev. 6/25/05)