VAN–057 Notice to Creditors and Other Parties In Interest – Rev. 04/02/2008

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA

1760–A Parkwood Blvd.
Wilson, NC 27893

IN RE:
Marty Glenn Bunch
  ( debtor has no known aliases )
110 Robinson Drive
Roanoke Rapids, NC 27870

CASE NO.: 09–08505–8–RDD

DATE FILED: September 30, 2009

CHAPTER: 13

NOTICE TO CREDITORS AND OTHER PARTIES IN INTEREST

NOTICE IS HEREBY GIVEN that a hearing will be held as indicated below:

DATE:    Tuesday, December 8, 2009
TIME:    10:00 AM
PLACE:   Room 101, 1760 A Parkwood Blvd, Wilson, NC 27893

to consider and act on the following matters:

Motion For Relief From Co–Debtor Stay filed by Rhonda W. Bagshawe on behalf of Lake Gaston Supply Company Inc

and to transact all other business as may properly come before the court.

DATED: November 25, 2009

Stephanie J. Edmondson
Clerk of Court