**VAN–124** Order Continuing Hearing – Rev. 09/15/2009

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA

1760–A Parkwood Blvd.
Wilson, NC 27893

IN RE:
Marty Glenn Bunch
  ( debtor has no known aliases )
110 Robinson Drive
Roanoke Rapids, NC 27870

CASE NO.: 09–08505–8–RDD

DATE FILED: September 30, 2009

CHAPTER: 13

ORDER CONTINUING HEARING

IT IS ORDERED AND NOTICE IS HEREBY GIVEN that the motion to continue is allowed. The hearing on the matter referenced below will be held as follows:

DATE:   Tuesday, January 12, 2010
TIME:   10:00 AM
PLACE:  Room 101, 1760 A Parkwood Blvd, Wilson, NC 27893

Motion For Relief From Co–Debtor Stay filed by Rhonda W. Bagshawe on behalf of Lake Gaston Supply Company Inc.

The automatic stay shall remain in effect until the date of the hearing.

DATED: December 4, 2009

Randy D. Doub
United States Bankruptcy Judge