UNITED STATES BANKRUPTCY COURT
FOR THE Eastern DISTRICT OF NORTH CAROLINA
WILSON DIVISION

In Re:
**Marty G. Bunch**

Social Security No.: xxx-xx-2389

Address: Po Box 1172, Littleton, NC 27850

Debtor.

Case No.09-08505-8-RDD
Chapter   13

Revised 9/4/09)

# AMENDED SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

I, the undersigned Debtor, claims the following property as exempt pursuant to 11 U.S.C. § 522 and the laws of the State of North Carolina, and non-bankruptcy Federal Law:

1   **RESIDENCE: REAL OR PERSONAL PROPERTY USED AS A RESIDENCE OR BURIAL PLOT.**
Each debtor can retain an aggregate interest in such property, **not to exceed $18,500** in net value. (N.C.G.S. § 1C-1601(a)(1) (NC Const. Article X, Section 2)(See* below)

| Description of Property & Address | Market Value | Owner (H), (W), (J) | Mortgage Holder or Lien Holder | Amount of Mortgage or Lien | Net Value |
|---|---|---|---|---|---|
| None | | | | | |

| | |
|---|---|
| **TOTAL NET VALUE:** | |
| **VALUE CLAIMED AS EXEMPT:** | $0.00 |

**NOTICE TO STAFF** (Not part of the official form)(Eastern District cases only): To properly advise clients against the possibility that the Trustee contemplate a sale of the property, taking into account the protection afforded by 11 U.S.C. 522(k) and Scott v. U.S. Trustee, 133 F.3d 917 (4th Cir.)(1997), the minimum amount of exemptions which must be available and claimed in order to protect the property from sale is  $_____ (per our Estimate of Exemptions Needed to Protect Real Property form). As long as our clients have available and claim at least said minimum amount, the property should be safe from sale, as a practical matter, even though the "total net value" listed on this form appears to exceed the "value claimed as exempt".

**RESIDENCE: REAL OR PERSONAL PROPERTY USED AS A RESIDENCE OR BURIAL PLOT**. Exception to $18,500 limit: An unmarried debtor who is 65 years of age or older is entitled to retain an aggregate interest in property **not to exceed $37,000** in net value, so long as: (1) the property was previously owned by the debtor as a tenant by the entireties or as a joint tenant with rights of survivorship and (2) the former co-owner of the property is deceased, in which case the debtor must specify his/her age and the name of the former co-owner (if a child use initials only) of the property below. (N.C.G.S. § 1C-1601(a)(1) (NC Const. Article X, Section 2)(See * below)

| Description of Property & Address | Market Value | Owner (H),(W),(J) | Mortgage Holder or Lien Holder | Amount of Mortgage or Lien | Net Value |
|---|---|---|---|---|---|
| | | Widow(er) | | | |

| Debtor's Age: | | **TOTAL NET VALUE:** | |
|---|---|---|---|
| Name of former co-owner: | | **VALUE CLAIMED AS EXEMPT:** | |

* Note to all interested parties: Notwithstanding the above, in the event that: (1) this concerns a Chapter 13 case filed within 12 months after the dismissal of a prior bankruptcy case, and (2) a creditor has, prior to the filing of this case, taken an "action" as that term is defined in In re: Paschal, 337 B.R. 27 (2006), the debtor(s) do not claim the property as exempt, in which case the above information is provided for the sole purpose of determining compliance as required by 11 U.S.C. 1325(a)(4).

2. **MOTOR VEHICLE:** Each debtor can claim an exemption in <u>one</u> vehicle, not to exceed $3,500.00 in net value. (N.C.G.S. § 1C-1601(a)(3))

| Year, Make, Model, Style of Motor Vehicle | Market Value | Owner (H),(W),(J) | Lien Holder | Amount of Lien | Net Value |
|---|---|---|---|---|---|
| 2000 Dodge Durango | $2,560.00 | (J) | N/A | $0.00 | $2,560.00 |

| | | | | **TOTAL NET VALUE:** | $2,560.00 |
|---|---|---|---|---|---|
| | | | | **VALUE CLAIMED AS EXEMPT:** | $2,560.00 |

3. **PERSONAL AND HOUSEHOLD GOODS:** Each debtor can retain a total aggregate interest, not to exceed $5,000.00 in net value, <u>plus</u> $1000.00 in net value for each dependent of the debtor (not to exceed $4,000 total for dependents.) (N.C.G.S. § 1C-1601(a)(4) & NC Const., Article X, Section 1)

The number of dependents for exemption purposes is:_____

| Description of Property | Market Value | Owner (H),(W),(J) | Lien Holder | Amount of Lien | Net Value |
|---|---|---|---|---|---|
| Clothing & Personal | | | | | $500.00 |
| Kitchen Appliances | | | | | $25.00 |
| Stove | | | | | $100.00 |
| Refrigerator | | | | | $100.00 |
| Freezer | | | | | $75.00 |
| Washing Machine | | | | | $150.00 |
| Dryer | | | | | $100.00 |
| China | | | | | $0.00 |
| Silver | | | | | $0.00 |
| Jewelry | | | | | $300.00 |
| Living Room Furniture | | | | | $300.00 |
| Den Furniture | | | | | $100.00 |
| Bedroom Furniture | | | | | $200.00 |
| Dining Room Furniture | | | | | $100.00 |
| Lawn Furniture | | | | | $25.00 |
| Television | | | | | $200.00 |

| | | | | | |
|---|---|---|---|---|---:|
| ( ) Stereo ( ) Radio | | | | | $0.00 |
| ( ) VCR ( ) Video Camera | | | | | $25.00 |
| Musical Instruments | | | | | $75.00 |
| ( X ) Piano ( ) Organ | | | | | $100.00 |
| Air Conditioner | | | | | $100.00 |
| Paintings or Art | | | | | $0.00 |
| Lawn Mower | | | | | $100.00 |
| Yard Tools | | | | | $100.00 |
| Crops | | | | | $0.00 |
| Recreational Equipment | | | | | $0.00 |
| Computer Equipment | | | | | $500.00 |

| | |
|---|---:|
| **TOTAL NET VALUE:** | $3,275.00 |
| **VALUE CLAIMED AS EXEMPT:** | $3,275.00 |

4. **TOOLS OF TRADE:** (Each debtor can retain an aggregate interest, not to exceed $2,000.00 in net value.) (N.C.G.S. § 1C-1601(a)(5))

| Description | Market Value | Owner (H),(W),(J) | Lien Holder | Amount of Lien | Net Value |
|---|---|---|---|---|---|
| Miscellaneous Tools of Trade | $2,000.00 | (H) | N/A | $0.00 | $2,000.00 |

| | |
|---|---:|
| **TOTAL NET VALUE:** | $2,000.00 |
| **VALUE CLAIMED AS EXEMPT:** | $2,000.00 |

5. **LIFE INSURANCE**: There is no limit on amount or number of policies. (N.C.G.S. § 1C-1601(a)(6) & NC Const., Article X, Sect. 5)

| Description & Company | Insured | Last 4 Digits of Policy Number | Beneficiary (If child, use initials only) |
|---|---|---|---|
| Term Life- Monumental Life | Debtor | --- | Margaret Bunch (Spouse) |
| Whole Life- Monumental Life | Debtor | --- | Margaret Bunch (Spouse) |

6. **PROFESSIONALLY PRESCRIBED HEALTH AIDS:** Debtor or Debtor's Dependents. (No limit on value.) (N.C.G.S. § 1C-1601(a)(7))

| Description |
|---|
| |

7. **COMPENSATION FOR PERSONAL INJURY, INCLUDING COMPENSATION FROM PRIVATE DISABILITY POLICIES OR ANNUITIES, OR COMPENSATION FOR THE DEATH OF A PERSON UPON WHOM THE DEBTOR WAS DEPENDENT FOR SUPPORT**. There is no limit on this exemption. All such amounts are claimed as exempt. (The compensation is not exempt from related legal, health or funeral expenses.) (N.C.G.S. § 1C-1601(a)(8))

| Description | Source of Compensation | Last 4 Digits of Any Account Number |
|---|---|---|
| Possible Consumer Rights Claims | Unknown | Unknown |

8. **WILDCARD EXEMPTION:** Each debtor can retain a total aggregate interest in any other property, not to exceed a net value of $5,000.00, or the unused portion of the debtor's <u>residence</u> exemption, <u>whichever is less</u>. (N.C.G.S. § 1C-1601(a)(2))

| Description of the Property | Market Value | Owner (H),(W),(J) | Lien Holder | Amount of Lien | Net Value |
|---|---|---|---|---|---|
| Any property owned by the debtor(s), not otherwise claimed as exempt (see * below) | | | | | |
| Land (.78 Acres) Littleton, NC Debtor owns 1/2 interest | $9,500.00 | (J) | N/A | $0.00 | $9,500.00 1/2 interest = $4,750.00 |
| CD Debtor owns 1/2 interest | $5,200.00 | (J) | N/A | $0.00 | $5,200.00 1/2 interest = $2,600.00 |
| Business- Stonehouse Builders | $0.00 | (I) | N/A | $0.00 | $0.00 |
| 1992 Rivera Cruiser- Boat | $1,536.00 | (I) | N/A | $0.00 | $1,536.00 |
| 1994 DynaTrac STE- Boat | $1,900.00 | (I) | N/A | $0.00 | $1,900.00 |
| Unpaid wages owed by Stonehouse Builders, Inc. Total amount owed: $11,250.00. Amount currently collectible: $8,560.00. | $8,560.00 | (I) | N/A | $0.00 | $8,560.00 |

| | |
|---|---|
| **TOTAL NET VALUE:** | $19,346.00 |
| **VALUE CLAIMED AS EXEMPT:** | $5,000.00 |

\* including therewith any and all amounts on deposit, if any, as of the date of filing, in bank or investment accounts, above and beyond those amounts specifically referenced and exempted in this exemption, but only to the extent of and not exceeding the residual value available pursuant to this exemption.

9. **INDIVIDUAL RETIREMENT PLANS & RETIREMENT FUNDS**: **All the value is claimed as exempt** in such plans and funds, as defined in the Internal Revenue Code, and any plan treated in the same manner as an individual retirement plan, including individual retirement accounts and Roth retirement accounts as described in Sections 408(a) and 408A of the Internal Revenue Code, individual retirement annuities as described in Section 408(b) of the Internal Revenue Code, accounts established as part of a trust described in Section 408(c) of the Internal Revenue Code, and funds in an account exempt from taxation under Sections 401, 403, 408, 408A, 414, 457, or 510(a) of the Internal Revenue Code. For purposes of this subdivision, "Internal Revenue Code" means Code as defined in G.S. 105-228.90.(N.C.G.S. § 1C-1601(a)(9) and 11 U.S.C. 522) (There is no limit on amount of this exemption. All such funds are claimed as exempt.)

10. **FUNDS IN A COLLEGE SAVINGS PLAN,** as qualified under Section 529 of the Internal Revenue Code, and that are not otherwise excluded from the estate pursuant to 11 U.S.C. Sections 541(b)(5)-(6), and (e), <u>not to exceed a cumulative limit of $25,000</u>. If funds were placed in a college savings plan within the 12 months prior to filing, such contributions must have been made in the ordinary course of the debtor's financial affairs <u>and</u> must have been consistent with the debtor's past pattern of contributions. The exemption applies to funds for a child of the debtor that will actually be used for the child's college or university expenses. (N.C.G.S. § 1C-1601(a)(10))

| College Savings Plan | Last 4 Digits of Account Number | Initials of Child Beneficiary | Value |
|---|---|---|---|

|  |  |  |  |
|---|---|---|---|
|  |  |  |  |

|  | **VALUE CLAIMED AS EXEMPT:** |  |
|---|---|---|

11. **RETIREMENT BENEFITS UNDER THE RETIREMENT PLANS OF OTHER STATES AND GOVERNMENT UNITS OF OTHER STATES** (The debtor's interest is exempt only to the extent that these benefits are exempt under the law of the State or governmental unit under which the benefit plan is established.) (N.C.G.S. § 1C-1601(a)(11))

| Name of Retirement Plan | State or Governmental Unit | Last 4 Digits of Identifying Number | Value |
|---|---|---|---|
|  |  |  |  |

|  | **VALUE CLAIMED AS EXEMPT:** |  |
|---|---|---|

12. **ALIMONY, SUPPORT, SEPARATE MAINTENANCE, AND CHILD SUPPORT PAYMENTS OR FUNDS THAT HAVE BEEN RECEIVED OR TO WHICH THE DEBTOR IS ENTITLED** (The debtor's interest is exempt to the extent the payments or funds are reasonably necessary for the support of the debtor or any dependent of the debtor.) (N.C.G.S. § 1C-1601(a)(12))

| Type of Support | Location of Funds | Amount |
|---|---|---|
|  |  |  |

|  | **VALUE CLAIMED AS EXEMPT:** |  |
|---|---|---|

13. **TENANCY BY THE ENTIRETY**: **All the net value** in the following property is claimed as exempt pursuant to 11 U.S.C. § 522(b)(2)(B) and the law of the State of North Carolina pertaining to property held as tenants by the entirety. (No limit on amount or number of items.)(See * above in this document)

| Description of Property & Address |
|---|
| 1. |
| 2. |

14. **NORTH CAROLINA PENSION FUND EXEMPTIONS:**

|  |  | Amount |
|---|---|---|
| a. | North Carolina Local Government Employees Retirement Benefits N.C.G.S. § 128-31 |  |
| b. | North Carolina Teachers and State Employee Retirement Benefits N.C.G.S. § 135-9 |  |
| c. | Fireman's Relief Fund pensions N.C.G.S. § 58-86-90 |  |
| d. | Fraternal Benefit Society benefits N.C.G.S. § 58-24-85 |  |
| e. | Benefits under the Supplemental Retirement Income Plan for teachers and state employees are exempt from levy, sale, and garnishment N.C.G.S. § 135-95 |  |
| f. | Benefits under the Supplemental Retirement Income Plan for state law enforcement officers are exempt from levy, sale, and garnishment N.C.G.S. § 143-166.30(g) |  |

|  | **VALUE CLAIMED AS EXEMPT:** |  |
|---|---|---|

15. **OTHER EXEMPTIONS CLAIMED UNDER THE LAWS OF THE STATE OF NORTH CAROLINA**:

|   |   | Amount |
|---|---|---|
| a. | Aid to the Aged, Disabled and Families with Dependent Children N.C.G.S. § 108A-36 |   |
| b. | Aid to the Blind   N.C.G.S. § 111-18 |   |
| c. | Yearly Allowance of Surviving Spouse N.C.G.S. § 30-15 |   |
| d. | Workers Compensation benefits N.C.G.S. § 97-21 |   |
| e. | Unemployment benefits, so long as not commingled and except for debts for necessities purchased while unemployed N.C.G.S. § 96-17 |   |
| f. | Group insurance proceeds N.C.G.S. § 58-58-165 |   |
| g. | Partnership property, except on a claim against the partnership N.C.G.S. § 59-55 |   |
| h. | **Wages of debtor necessary for the support of family  N.C.G.S. § 1-362**<br>**      Any and all amounts on deposit in checking, savings or other accounts on the date of filing, if any, above and beyond amounts claimed under the wildcard exemption, that qualify pursuant to the requirements of this exemption. | See ** (to left) |
| i. | Benefits under the Separate Insurance Benefits Plan for state and local law enforcement officers are exempt from levy, sale, and garnishment N.C.G.S. § 143-166.60(h) |   |
| j. | Vested benefits under the North Carolina Public Employee Deferred Compensation Plan are exempt from levy, sale, and garnishment N.C.G.S. § 147-9.4 |   |

**VALUE CLAIMED AS EXEMPT:**

16. **FEDERAL PENSION FUND EXEMPTIONS:**

|   |   | Amount |
|---|---|---|
| a. | Foreign Service Retirement and Disability Payments  22 U.S.C. § 4060 |   |
| b. | Civil Service Retirement Benefits 5 U.S.C. § 8346 |   |
| c. | Railroad Retirement Act annuities and pensions 45 U.S.C. § 231m |   |
| d. | Veteran benefits 38 U.S.C. § 5301 |   |
| e. | Special pension paid to winners of Congressional Medal of Honor 38 U.S.C. § 1562 |   |
| f. | Annuities payable for service in the General Accounting Office 31 U.S.C. § 776 |   |

**VALUE CLAIMED AS EXEMPT:**

17. **OTHER EXEMPTIONS CLAIMED UNDER NON-BANKRUPTCY FEDERAL LAW**:

|   |   | Amount |
|---|---|---|
| a. | Social Security Benefits 42 U.S.C. § 407 |   |
| b. | Injury or death compensation payments from war risk hazards 42 U.S.C. § 1717 |   |
| c. | Wages owing a master or seaman, except for support of a spouse and/or minor children  46 U.S.C. § 11109 |   |
| d. | Longshoremen and Harbor Workers Compensation Act death and disability benefits  33 U.S.C. § 916 |   |

| | | |
|---|---|---|
| e. | Crop insurance proceeds 7 U.S.C. § 1509 | |
| f. | Public safety officers' death benefits 42 U.S.C. § 3796.  See subsection (g). | |
| g. | Railroad unemployment insurance 45 U.S.C. § 352.  See subsection (e). | |

| | |
|---|---|
| **VALUE CLAIMED AS EXEMPT:** | |

**UNSWORN DECLARATION UNDER PENALTY OF PERJURY**

I, the undersigned Debtor, declares under penalty of perjury that I have read the foregoing Schedule C - Property Claimed as Exempt, consisting of 14 paragraphs on consecutive pages, and that they are true and correct to the best of my knowledge, information and belief.

Dated: December 8, 2009

                                               s/ Marty G. Bunch
                                               Marty G. Bunch