**VAN–131** Notice To Debtor To File Verification Of Amendment – Rev. 03/23/2009

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
1760–A Parkwood Blvd.
Wilson, NC 27893

IN RE:
Marty Glenn Bunch
 *( debtor has no known aliases )*
110 Robinson Drive
Roanoke Rapids, NC 27870

CASE NO.: 09–08505–8–RDD

DATE FILED: September 30, 2009

CHAPTER: 13

NOTICE TO DEBTOR OF REQUIREMENT TO FILE VERIFICATION

Pursuant to Rule 1008 of the Federal Rules of Bankruptcy Procedure, all petitions, lists, schedules, statements and amendments thereto shall be verified or contain an unsworn declaration. The following document(s) has been filed in your case: Amended/Amendment To Schedule B . In order to comply with the rule, the enclosed form should be completed and filed with the court. Failure to file the form by **February 1, 2010**, will result in the court requiring you to show cause why the referenced document should not be excluded from the case.

Stephanie J. Edmondson
Clerk of Court

Case 09-08505-8-RDD    Doc 32    Filed 01/11/10    Entered 01/11/10 10:45:08    Page 2 of 3

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA

1760–A Parkwood Blvd.
Wilson, NC 27893

IN RE:
Marty Glenn Bunch
  *( debtor has no known aliases )*
110 Robinson Drive
Roanoke Rapids, NC 27870

CASE NO.: 09–08505–8–RDD

DATE FILED: September 30, 2009

CHAPTER: 13

VERIFICATION

I declare under penalty of perjury that the document referenced below that was previously filed in this case is true and correct to the best of my knowledge, information, and belief.

Title of Document: _____

Date Filed: _____

Dated:

_____
Debtor

_____
Joint Debtor (if applicable)