**VAN–107** Deficiency Notice – Rev. 12/29/2009

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA

1760–A Parkwood Blvd.
Wilson, NC 27893

IN RE:
Marty Glenn Bunch
 ( debtor has no known aliases )
110 Robinson Drive
Roanoke Rapids, NC 27870

CASE NO.: 09–08505–8–RDD

DATE FILED: September 30, 2009

CHAPTER: 13

## DEFICIENCY NOTICE

To: John Orcutt

Re: Amended/Amendment To Schedule B

**The referenced document has been filed; however, it is deficient as noted below. Failure to correct the deficiencies by January 21, 2010 , may result in the court assuming you no longer desire the relief requested and entering an order denying or dismissing the requested relief, or in the matter being forwarded to the judge for appropriate action.**

Either page 1, page 2 or both pages of Amended Form B6, "Summary Of Schedules and Summary of Certain Liabilities and Related Data" has not been filed pursuant to the General Order entered by the Court on April 30, 2009.

Lynn Boyd
Deputy Clerk