## ADDITIONAL TERMS

1. If representations made by the buyer in this credit application are subsequently found incorrect or incomplete, the right is reserved to reject the application and to negate any obligation of this agreement.
2. The Buyer recognizes Seller's terms are based on this account being a thirty (30) day open account. All purchases made during one month are due and payable on or by the tenth (10th) day of the following month. Furthermore shipments of material will not be made to accounts not paid by or before the twentieth (20th) day of the month following purchase unless special arrangements have been made in advance. Accounts not paid by the end of the month following purchase are subject to a late charge of 1.5% interest per month or 18% per year. The minimum monthly service charge will be $1.00.
3. Lake Gaston Supply Company Inc. shall have the right to: (a) declare the entire indebtedness due and payable if default occurs in making any payments when due; (b) if referred to an attorney for collection, to charge a reasonable attorney's fee and court cost; (c) to change the terms of the account from time to time (consistent with applicable law) to be effective not less than thirty (30) days after giving notice; (d) to limit the amount of credit extended under this account or terminate the account, upon giving written notice thereof; but it may avail itself of the terms of this agreement until full payment of the entire balance with finance charge to date of payment has been received.
4. I certify that the given information is correct and agree to the terms shown. I will execute a personal guarantee for my Corporation or Partnership if less than five (5) years in business.

Amount of Credit Requested _____

### ACCEPTANCE SIGNATURES

_____  10/5
Applicant/Owner/Mgmt. Ptnr/Officer    Date

_____  10/6
Applicant's Spouse    Date

_____  10/6
President of Lake Gaston Supply Co, Inc.    Date

**For Office Use Only**
Acct. # _____
Credit Allowed _____
P-Code _____

# CONFIDENTIAL BUSINESS CREDIT APPLICATION

**SERVING LAKE GASTON AT EATON'S FERRY**
Old Eaton's Ferry Road
Littleton, N.C.



(919) 586-3121



(919) 586-2583

Mail Address: P.O. Box 160, Littleton, N.C. 27850

Please complete and sign this credit application in full. If the information supplied is incomplete or found to be incorrect... this may delay processing this application and could affect prompt delivery of products.

Thank you

Credit Department

## Name/Address

**Applicant Name**

| Bunch | Marty | G. | [redacted] |
|---|---|---|---|
| Last | First | M.I. | Social Security # |

| Stonehouse Builders, Inc. | Building Contractor |
|---|---|
| Business Name | Type of Bus. |

**Mailing Address:**

| P. O. Box 1172 | Littleton | Warren |
|---|---|---|
| Street/P.O. Box | City | County |

| North Carolina | 27850 | (919) 586-7028 |
|---|---|---|
| | Zip | Area Code, Phone |

## Ownership Data

This is a: _X_ Corporation ___ Partnership    Year Incorporated _1995_ State _NC_

List Officers, Partners, Etc.    Years In Business _____

| Name | Position | Years |
|---|---|---|
| Marty G. Bunch | Pres/Vice Pres. | 18 |
| Barbara H. Johnston | Secretary/Treasurer | 00 |
| | | |

## FINANCIAL DATA

| First Citizens | NC | |
|---|---|---|
| Bank | City | Chk. Acct # |

| Tommy Semler | (919) 586-4165 |
|---|---|
| Contact | Area Code, Phone |

| | | |
|---|---|---|
| Bank | City | Sav. Acct # |

| | ( ) |
|---|---|
| Contact | Area Code, Phone |

## CREDIT/TRADE REFERENCES

| Lake Gaston Building Supply | | |
|---|---|---|
| Institution | City | Acct # |

| | ( ) |
|---|---|
| Contact | Area Code, Phone |

| First Citizens Bank | | |
|---|---|---|
| Institution | City | Acct # |

| Tommy Semler | (919) 586-4165 |
|---|---|
| Contact | Area Code, Phone |

# INDIVIDUAL PERSONAL GUARANTEE
### *** Corporation or Partnership ***

Note: If the applicant is a Corporation or Partnership and is less than five (5) years old the following must be completed by an officer in the Corporation or a Stock Holder or the Managing Partner.

I, _Marty G. Bunch_, Residing at _Warren County, NC_
     Name                                             City/State

For and in consideration of your extending credit at my request to:
_Stonehouse Builders, Inc._, Hereinafter referred as the "Company",
     Name of Company

of which I am _President_ hereby personally guarantee to you the
               Title

payment at Lake Gaston Supply Company, Warren County, Littleton NC of any obligation of the Company and I hereby bind myself to pay on demand of any sum which may become due to you by the Company whenever the Company shall fail to pay the same. It is understood that this guarantee shall be continuing and irrevocable and indemnity for such indebtedness of the Company, I do hereby waive notice of default, non-payment and notice thereof and consent to any modification or renewal of the credit agreement hereby guaranteed.

| 10/05/95 | _Marty G. Bunch_ (signed) |
|---|---|
| Date | Signature |

The spouse shall sign if above titled person is married.

| | |
|---|---|
| Date | Signature |